**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

INDIANA FARM BUREAU INSURANCE,
as Subrogee of KELLY LEFFLER AND
ELIZABETH LEFFLER,

        Plaintiffs,                         Civil Action No.:
                                            Judge:
                                            Magistrate Judge:

v.

SUPPLY CHAIN SOURCES, LLC                    NOTICE OF REMOVAL
and MENARD, INC.,                               JURY TRIAL  DEMANDED

        Defendants.

## NOTICE OF REMOVAL

NOW COME the above-named Defendants, Supply Chain Sources, LLC and Menard, Inc., by their attorneys, McCoy Leavitt Laskey LLC and Hunt Suedhoff Kalamaros LLP, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and hereby give notice of removal of the above-captioned action from the Morgan County Superior Court, State of Indiana, to the United States District Court for the Southern District of Indiana. In support of removal, Defendants allege and show to the Court as follows:

I.     INTRODUCTION

     1.     On October 30, 2020, Plaintiff filed an action in the Morgan County Superior Court, State of Indiana, styled *Indiana Farm Bureau Insurance a/s/o Kelly Leffler and Elizabeth Leffler v. Supply Chain Sources, LLC and Menard, Inc.* and the case was assigned No. 55D02-2010-PL-001678. A copy of the Complaint is attached hereto as **Exhibit 1**.

     2.     This is a civil insurance subrogation action in which the Plaintiff is claiming damages resulting from a fire loss that occurred on or about January 18, 2019 at a residence

owned by Kelly Leffler and Elizabeth Leffler located at 2875 Middle Patton Park Road, Martinsville, Morgan County, Indiana. Specifically, Plaintiff alleges that a Lifesmart infrared heater designed, manufactured, and distributed by Defendant Supply Chain Sources, LLC and sold by Menard, Inc. malfunctioned and caught fire, damaging the Leffler residence and its contents. Plaintiff alleges that Supply Chain Sources, LLC negligently designed, manufactured, and distributed the infrared heater, and breached express and implied warranties of quality and merchantability. Plaintiff alleges that Menard, Inc. breached implied warranties of quality and merchantability. (**Ex. 1**.)

II.      TIMELINESS OF REMOVAL

3.      Plaintiff's counsel Nicholas R. Dismukes filed the Complaint on October 30, 2020. Defendant Menard, Inc. and Defendant Supply Chain Sources, LLC were served with the Summons and Complaint on November 2, 2020, by certified mail. A copy of the Notice of Service of Process evidencing service on Menards is attached hereto as **Exhibit 2.** A copy of the Summons & Complaint received by Supply Chain Sources, LLC by mail on November 2, 2020 is attached hereto as **Exhibit 3**. This Notice of Removal is timely filed because it is filed within thirty (30) days of November 2, 2020, the date on which Defendants were served with the Summons and Complaint. This Notice of Removal is also filed within 30 days of the filing of the Summons and Complaint on October 30, 2020. Neither Defendant received a courtesy copy of the Summons and Complaint prior to service by mail on November 2, 2020.

III.      BASIS FOR REMOVAL – DIVERSITY JURISDICTION

4.      The United States District Court has original jurisdiction over this litigation filed in state court based on diversity of citizenship of the parties. This case may be removed from the Morgan County Superior Court, State of Indiana, to the United States District Court for the

Southern District of Indiana, pursuant to 28 U.S.C. § 1332 because it is a civil action between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5.      Defendant Supply Chain Sources, LLC is a limited liability company that is wholly owned by CHT International. CHT International is incorporated in the State of California, has its principal place of business in Brea, Orange County, California, and is deemed to be a citizen of California pursuant to 28 U.S.C. 1332(c)(1).

6.      Defendant Menard, Inc., is incorporated in the State of Wisconsin, has its principal place of business in Eau Claire, Wisconsin, and is deemed to be a citizen of Wisconsin pursuant to 28 U.S.C. 1332(c)(1).

7.      Plaintiff Indiana Farm Bureau Insurance is incorporated in the State of Indiana, has its principal place of business in Indiana, and is deemed to be a citizen of Indiana pursuant to 28 U.S.C. 1332(c)(1) **(Ex. 1, ¶ 1.)**

7.      Kelly Leffler and Elizabeth Leffler, Plaintiff Indiana Farm Bureau Insurance's insureds, are citizens and residents of Indiana. (**Ex. 1**, ¶ 2.)

8.      Plaintiff is claiming damages estimated at approximately $500,000 for property damage to the residence and its contents. An email from Plaintiff's counsel Nicholas Dismukes indicating claimed damages are approximately $500,000 is attached as **Exhibit 4**. The amount in controversy thus exceeds the sum or value of $75,000.00, exclusive of interest and costs.

9.      This Court has diversity jurisdiction over this action pursuant to 28 U.S.C. §§ 1332 and 1441(a) because it is a civil action between citizens of different states and the amount in controversy exceeds $75,000 exclusive of costs and interest.

IV.     VENUE

10.     The subject fire loss forming the basis for this action occurred in Morgan County, Indiana, making venue proper in the Southern District of Indiana. (**Ex. 1.**)

V.      FULL COMPLIANCE

10.     Pursuant to 28 U.S.C. § 1446(d), Defendants Supply Chain Sources, LLC and Menard, Inc. are filing this Notice of Removal with the clerk for the state court in which the State Court Action was originally filed.  Copies of the Notice to the Morgan County Superior Court, State of Indiana, together with this Notice of Removal with exhibits, are being served upon the Plaintiff through its attorney of record pursuant to 28 U.S.C. § 1446(d). Counsel who has appeared on behalf of the Plaintiff in the state court action is:

> Nicholas R. Dismukes
> McNeely Law LLP
> 2177 Intelliplex Drive, Suite 202
> Shelbyville, IN 46176
> Telephone: (317) 825-5230
> Email: ndismukes@mcneelylaw.com

WHEREFORE, Defendants Supply Chain Sources, LLC and Menard, Inc. hereby remove the above-captioned action now pending against them in the Morgan County Superior Court, State of Indiana to the United States District Court for the Southern District of Indiana to assume full jurisdiction over this action as provided by law.

Respectfully submitted,

**HUNT SUEDHOFF KALAMAROS LLP**
Attorneys for Defendants, Supply Chain Sources,
LLC and Menards

Dated:  November 18, 2020                    By: /s/ Brian L. England
                                                 Brian L. England   IN SBN 16705-53
                                                 155 E Market Street, Suite 550
                                                 Indianapolis, IN 46204
                                                 Telephone (317) 784-4966
                                                 Fax (317) 784-5566
                                                 bengland@hsk-law.com


                                             and


                                             **McCOY LEAVITT LASKEY LLC**
                                             Michael A. Snider        WI SBN 1070388
                                             (*Admission to S.D. IN pending*)
                                             N19 W24200 Riverwood Drive, #125
                                             Waukesha, WI 53188
                                             Telephone (262) 522-7000
                                             Fax (262) 522-7020
                                             msnider@MLLlaw.com