Filed: 10/30/2020 3:49 PM
Clerk
Morgan County, Indiana

Morgan County Superior Court 2

| STATE OF INDIANA | ) | MORGAN COUNTY _____ COURT |
| --- | --- | --- |
|  | ) SS: | **55D02-2010-PL-001678** |
| COUNTY OF MORGAN | ) | CAUSE NO.: _____ |

INDIANA FARM BUREAU INSURANCE, )
as Subrogee of Kelly Leffler and Elizabeth )
Leffler, )
                                           Plaintiff, )
    v. )
SUPPLY CHAIN SOURCES, LLC and )
MENARD, INC., )
                                        Defendants. )

## COMPLAINT

    COMES NOW the Plaintiff, Indiana Farm Bureau Insurance, as Subrogee of Kelly Leffler and Elizabeth Leffler, by counsel, and complains of the Defendants, Supply Chain Sources, LLC and Menard, Inc., as follows:

    1.    Plaintiff Indiana Farm Bureau Insurance is a business which at all times relevant hereto was duly authorized to issue insurance policies in the State of Indiana, was domiciled in the State of Indiana, and maintained a principal place of business at 225 South East Street, Indianapolis, Indiana.

    2.    Kelly Leffler and Elizabeth Leffler are individuals who at all relevant times hereto resided at 2875 Middle Patton Park Road, Martinsville, Morgan County, Indiana.

    3.    Defendant Supply Chain Sources, LLC is a California limited liability company and, at all times relevant hereto, designed, manufactured, and distributed products which were offered for sale to retail consumers in the State of Indiana.

1

EXHIBIT 1

4. Defendant Menard, Inc. is a Wisconsin corporation and, at all times relevant hereto, maintained a place of business in Camby, Indiana and offered products for sale to retail consumers in Camby, Indiana.

5. On January 18, 2019, a Lifesmart infrared heater designed, manufactured, and distributed by Defendant Supply Chain Sources, LLC malfunctioned and caught fire, causing damages to real and personal property owned by Kelly Leffler and Elizabeth Leffler.

6. Defendant Supply Chain Sources, LLC is engaged in the business of designing, manufacturing, and distributing the Lifesmart infrared heater at issue in this litigation.

7. Defendant Menard, Inc. sold the Lifesmart infrared heater to Kelly Leffler and Elizabeth Leffler in December, 2017.

8. Kelly Leffler and Elizabeth Leffler are in the class of persons that the Defendants should reasonably foresee as being subject to harm caused by the defective product without substantial alteration in the condition in which the product was sold.

9. The Lifesmart infrared heater reached the consumer without substantial alteration in the condition in which the product was sold.

10. The Lifesmart infrared heater purchased by Kelly Leffler and Elizabeth Leffler was sold in a defective condition which was unreasonably dangerous to the consumer.

11. The Lifesmart infrared heater was negligently designed, manufactured, and distributed by Defendant Supply Chain Sources, LLC.

12. Defendant Supply Chain Sources, LLC breached express and implied warranties of quality and merchantability.

13. Defendant Menard, Inc. breached implied warranties of quality and merchantability.

EXHIBIT 1

14. The Defendants were notified of the breach of warranties within a reasonable time following the malfunction of the subject product, and all conditions precedent have been satisfied by the Plaintiff.

15. The negligent design and manufacture of the Lifesmart infrared heater and breach of warranties, both express and implied, were the proximate causes of the January 18, 2019 fire at the residence of Kelly Leffler and Elizabeth Leffler and resulted in damages to both real and personal property.

16. At all times relevant, Indiana Farm Bureau Insurance had in full force and effect an insurance policy which provided coverage to Kelly Leffler and Elizabeth Leffler for the January 18, 2019, fire at issue in this litigation.

17. Pursuant to the terms of the insurance policy issued by Indiana Farm Bureau Insurance to Kelly Leffler, Indiana Farm Bureau Insurance tendered benefits to Kelly Leffler and Elizabeth Leffler for damages resulting from the fire loss noted above and is, therefore, subrogated to the rights of its insured in this action, to the extent of its payments.

WHEREFORE, Plaintiff, Indiana Farm Bureau Insurance, as Subrogee of Kelly Leffler and Elizabeth Leffler, prays for judgment in its favor and against the Defendants, Supply Chain Sources LLC and Menard, Inc. in a sum sufficient to compensate it for all losses incurred, plus pre-judgment and/or post-judgment interest, as applicable, costs of this action, and any other just and proper relief.

EXHIBIT 1

Respectfully submitted,

McNEELY LAW LLP

/s/ Nicholas R. Dismukes
NICHOLAS R. DISMUKES 31281-49
Attorney for the Plaintiff

McNEELY LAW LLP
2177 Intelliplex Drive, Suite 202
Shelbyville, IN 46176
Telephone:   317-825-5230
Facsimile:   317-825-5250
ndismukes@mcneelylaw.com

4

EXHIBIT 1

Menard, Inc. c/o Its Registered Agent
The Prentice-Hall Corporation System, Inc.
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

EXHIBIT 1



EXHIBIT 1



## Notice of Service of Process

**null / ALL**
**Transmittal Number:** 22242692
**Date Processed:** 11/02/2020

| | |
|---|---|
| **Primary Contact:** | Amanda Ratliff<br>Menard, Inc.<br>5101 Menard Dr<br>Eau Claire, WI 54703-9604 |
| **Electronic copy provided to:** | Andrew Akey<br>Kacie Bertrand<br>Ashley Aubart |
| **Entity:** | Menard, Inc.<br>Entity ID Number  0033810 |
| **Entity Served:** | Menard, Inc. |
| **Title of Action:** | Indiana Farm Bureau Insurance, as Subrogee Kelly Leffler vs. Supply Chain Sources, LLC |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Product Liability |
| **Court/Agency:** | Morgan County Superior Court, IN |
| **Case/Reference No:** | 55D02-2010-PL-001678 |
| **Jurisdiction Served:** | Indiana |
| **Date Served on CSC:** | 11/02/2020 |
| **Answer or Appearance Due:** | 23 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | Nicholas R. Dismukes<br>317-825-5230 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

EXHIBIT 2

**SUMMONS**  Morgan County Superior Court 2

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | MORGAN COUNTY _____ COURT | |
| | ) SS: | | |
| COUNTY OF MORGAN | ) | CAUSE NO.: 55D02-2010-PL-001678 | |

INDIANA FARM BUREAU INSURANCE,  )
as Subrogee of Kelly Leffler and Elizabeth  )
Leffler,  )
                    )
            Plaintiff,  )
     v.  )
SUPPLY CHAIN SOURCES, LLC and  )
MENARD, INC.,  )
            Defendants.  )

THE STATE OF INDIANA TO DEFENDANT: Supply Chain Sources, LLC
c/o Hong Xu or Highest Agent Found
339 North Berry Street
Brea, CA 92821

You have been sued by the person(s) named Plaintiff, in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the plaintiff has made against you.

You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

The following manner of service of summons is hereby designated: **CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

Date: 10/30/2020        _Stephanie Clinott_ (signature)
                        CLERK, Circuit/Superior Court of Morgan County, Indiana
                        10 East Washington Street, Martinsville, IN 46151
Attorney for the Plaintiff:    Telephone: 765-342-1025
Nicholas R. Dismukes, Attorney No. 31281-49
McNEELY LAW LLP
2177 Intelliplex Drive, Suite 202
Shelbyville, IN 46176
Telephone:  317-825-5230
Facsimile:  317-825-5250
ndismukes@mcneelylaw.com

[SEAL - MORGAN COUNTY COURTS INDIANA]

1

EXHIBIT 3

## CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) _____
_____ by (registered or certified)mail requesting a return receipt signed by the addressee only addressed to each of said defendant(s) at the address(es) furnished by the plaintiff.
Date: _____

_____
CLERK, Circuit/Superior Court of Morgan County, Indiana

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that service of summons with return receipt requested was mailed on the _____ day of _____, 2020, and that a copy of return receipt was received on the _____ day of _____, 2020, which copy is attached herewith.
Date: _____

_____
CLERK, Circuit/Superior Court of Morgan County, Indiana

## CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL

I hereby certify that on the _____ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to the defendant(s) _____ by (registered or certified) mail, and the same was returned without acceptance this _____ day of _____, 2020, and I did deliver said summons and a copy of the complaint to the Sheriff of Morgan County, Indiana

Date: _____

_____
CLERK, Circuit/Superior Court of Morgan County, Indiana

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served the within summons:

1. By delivering on the _____ day of _____, 2020, a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the _____ day of _____, 2020, for each of the within named defendant(s) _____ a copy of the complaint at the respective dwelling house or usual place of abode of _____, _____ and by mailing a copy of said summons to said defendant at the above address.
3. _____
_____

All done in Knox County, Indiana.

Fees:    $_____
Mileage: _____
Total:   $_____

_____
Sheriff of Morgan County, Indiana

## SERVICE ACKNOWLEDGED

A copy of the within summons and a copy of the complaint attached hereto were received by me this _____ day of _____, 2020.

_____
Signature of Defendant

2

EXHIBIT 3

Filed: 10/30/2020 3:49 PM
Clerk
Morgan County, Indiana

Morgan County Superior Court 2

| | | |
|---|---|---|
| STATE OF INDIANA | ) | MORGAN COUNTY _____ COURT |
| | ) SS: | 55D02-2010-PL-001678 |
| COUNTY OF MORGAN | ) | CAUSE NO.: _____ |

INDIANA FARM BUREAU INSURANCE, )
as Subrogee of Kelly Leffler and Elizabeth )
Leffler, )
                       Plaintiff, )
     v. )
SUPPLY CHAIN SOURCES, LLC and )
MENARD, INC., )
                       Defendants. )

## COMPLAINT

COMES NOW the Plaintiff, Indiana Farm Bureau Insurance, as Subrogee of Kelly Leffler and Elizabeth Leffler, by counsel, and complains of the Defendants, Supply Chain Sources, LLC and Menard, Inc., as follows:

1.    Plaintiff Indiana Farm Bureau Insurance is a business which at all times relevant hereto was duly authorized to issue insurance policies in the State of Indiana, was domiciled in the State of Indiana, and maintained a principal place of business at 225 South East Street, Indianapolis, Indiana.

2.    Kelly Leffler and Elizabeth Leffler are individuals who at all relevant times hereto resided at 2875 Middle Patton Park Road, Martinsville, Morgan County, Indiana.

3.    Defendant Supply Chain Sources, LLC is a California limited liability company and, at all times relevant hereto, designed, manufactured, and distributed products which were offered for sale to retail consumers in the State of Indiana.

EXHIBIT 3

4. Defendant Menard, Inc. is a Wisconsin corporation and, at all times relevant hereto, maintained a place of business in Camby, Indiana and offered products for sale to retail consumers in Camby, Indiana.

5. On January 18, 2019, a Lifesmart infrared heater designed, manufactured, and distributed by Defendant Supply Chain Sources, LLC malfunctioned and caught fire, causing damages to real and personal property owned by Kelly Leffler and Elizabeth Leffler.

6. Defendant Supply Chain Sources, LLC is engaged in the business of designing, manufacturing, and distributing the Lifesmart infrared heater at issue in this litigation.

7. Defendant Menard, Inc. sold the Lifesmart infrared heater to Kelly Leffler and Elizabeth Leffler in December, 2017.

8. Kelly Leffler and Elizabeth Leffler are in the class of persons that the Defendants should reasonably foresee as being subject to harm caused by the defective product without substantial alteration in the condition in which the product was sold.

9. The Lifesmart infrared heater reached the consumer without substantial alteration in the condition in which the product was sold.

10. The Lifesmart infrared heater purchased by Kelly Leffler and Elizabeth Leffler was sold in a defective condition which was unreasonably dangerous to the consumer.

11. The Lifesmart infrared heater was negligently designed, manufactured, and distributed by Defendant Supply Chain Sources, LLC.

12. Defendant Supply Chain Sources, LLC breached express and implied warranties of quality and merchantability.

13. Defendant Menard, Inc. breached implied warranties of quality and merchantability.

EXHIBIT 3

14. The Defendants were notified of the breach of warranties within a reasonable time following the malfunction of the subject product, and all conditions precedent have been satisfied by the Plaintiff.

15. The negligent design and manufacture of the Lifesmart infrared heater and breach of warranties, both express and implied, were the proximate causes of the January 18, 2019 fire at the residence of Kelly Leffler and Elizabeth Leffler and resulted in damages to both real and personal property.

16. At all times relevant, Indiana Farm Bureau Insurance had in full force and effect an insurance policy which provided coverage to Kelly Leffler and Elizabeth Leffler for the January 18, 2019, fire at issue in this litigation.

17. Pursuant to the terms of the insurance policy issued by Indiana Farm Bureau Insurance to Kelly Leffler, Indiana Farm Bureau Insurance tendered benefits to Kelly Leffler and Elizabeth Leffler for damages resulting from the fire loss noted above and is, therefore, subrogated to the rights of its insured in this action, to the extent of its payments.

WHEREFORE, Plaintiff, Indiana Farm Bureau Insurance, as Subrogee of Kelly Leffler and Elizabeth Leffler, prays for judgment in its favor and against the Defendants, Supply Chain Sources LLC and Menard, Inc. in a sum sufficient to compensate it for all losses incurred, plus pre-judgment and/or post-judgment interest, as applicable, costs of this action, and any other just and proper relief.

EXHIBIT 3

Respectfully submitted,

McNEELY LAW LLP

/s/ Nicholas R. Dismukes
NICHOLAS R. DISMUKES 31281-49
Attorney for the Plaintiff

McNEELY LAW LLP
2177 Intelliplex Drive, Suite 202
Shelbyville, IN 46176
Telephone:  317-825-5230
Facsimile:  317-825-5250
ndismukes@mcneelylaw.com

EXHIBIT 3