**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| INDIANA FARM BUREAU INSURANCE, as Subrogee of KELLY LEFFLER AND ELIZABETH LEFFLER, | |
| Plaintiff, | Civil Action No.: 1:20-cv-03030-JRS-TAB |
| | Judge: James R. Sweeney II |
| v. | Magistrate Judge: Tim A. Baker |
| SUPPLY CHAIN SOURCES, LLC and MENARD, INC., | |
| Defendants. | |

## **STIPULATION AND ORDER FOR DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective attorneys, that the above-entitled action, and any and all claims, cross claims, or counterclaims contained therein (whether pleaded or not), may be dismissed on the merits, with prejudice, with each party to bear its own costs, and without further notice to any party.

**McCOY LEAVITT LASKEY LLC**
Attorneys for Defendants Supply Chain Sources, LLC and Menard, Inc.

Dated this 25th day of October, 2021

By: *Electronically signed by Michael A. Snider*
Michael A. Snider    WI SBN 1070388
N19 W24200 Riverwood Drive, #125
Waukesha, WI 53188
Telephone (262) 522-7000
Fax (262) 522-7020
msnider@MLLlaw.com

2

                              **McNEELY LAW LLP**
                              Attorneys for Plaintiff, Indiana Farm Bureau a/s/o Kelly Leffler and Elizabeth Leffler

Dated this 25th day of October, 2021      By: _Electronically signed by Nicholas R. Dismukes_
                                                                  Nicholas R. Dismukes   IN Atty. No. 31281-49
                                                                   2177 Intelliplex Drive, Suite 202
                                                                   Shelbyville, IN 46176
                                                                   Telephone (317) 825-5230
                                                                   Fax (317) 825-5250
                                                                   ndismukes@mcneelylaw.com