IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> Dismissal with prejudice acknowledged. JRS, DJ, 10/27/2021 Distribution to all counsel of record via CM/ECF.

INDIANA FARM BUREAU INSURANCE,
as Subrogee of KELLY LEFFLER AND
ELIZABETH LEFFLER,

    Plaintiff,

v.

SUPPLY CHAIN SOURCES, LLC
and MENARD, INC.,

    Defendants.

Civil Action No.: 1:20-cv-03030-JRS-TAB
Judge: James R. Sweeney II
Magistrate Judge: Tim A. Baker

## STIPULATION AND ORDER FOR DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective attorneys, that the above-entitled action, and any and all claims, cross claims, or counterclaims contained therein (whether pleaded or not), may be dismissed on the merits, with prejudice, with each party to bear its own costs, and without further notice to any party.

**McCOY LEAVITT LASKEY LLC**
Attorneys for Defendants Supply Chain Sources, LLC and Menard, Inc.

Dated this 25th day of October, 2021

By: *Electronically signed by Michael A. Snider*
    Michael A. Snider    WI SBN 1070388
    N19 W24200 Riverwood Drive, #125
    Waukesha, WI 53188
    Telephone (262) 522-7000
    Fax (262) 522-7020
    msnider@MLLlaw.com